## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

**THE LIMU COMPANY, LLC,,**

        **Plaintiff,**

-vs-                                                         Case No. 6:12-cv-255-Orl-31DAB

**ROBERT DEAN, JR.,**

        **Defendant.**

_____

### ORDER

This cause comes before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 24), filed April 2, 2012.

On June 5, 2012, the United States Magistrate Judge issued a report (Doc. No. 30) recommending that the motion be granted and injunctive relief be entered against the defendant. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is **GRANTED**.

3. The Court will enter a separate Default Judgment, after which the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 25, 2012.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE